# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN EDWARDS, | Case No.: 3:21-cv-00878-H-RBB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CORECIVIC OF TENNESSEE, LLC, CORECIVIC, INC., and CORECIVIC, LLC, | [Doc. No. 6.] |
| Defendants. | |

On May 28, 2021, the parties filed a joint motion for an approximately fourteen (14) day extension of time by which Defendants CoreCivic of Tennessee, LLC, CoreCivic, Inc., and CoreCivic, LLC ("Defendants") must respond to Plaintiff John Edwards' complaint. (Doc. No. 6.) For good cause shown, the Court grants the joint motion. Defendants may file their response to the complaint on or before **June 16, 2021**.

**IT IS SO ORDERED.**

DATED: June 1, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT