UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, et al.,<br><br>Defendants. | Case No.: 21cv878-H(RBB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING RULE 26 COMPLIANCE** |

On July 29, 2021, the Court held an Early Neutral Evaluation Conference in the above-entitled action.  Settlement could not be reached in the case.

The Court discussed compliance with Rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1.    No objections were presented to initial disclosure under Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial disclosure process.  Any objections to initial disclosure will be resolved as required by Rule 26.

2.    The Rule 26(f) conference shall be completed on or before **August 23, 2021**.

3.    A joint discovery plan shall be lodged with Magistrate Judge Brooks on or before **September 2, 2021**.

21cv878-H(RBB)

4.    The initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **September 7, 2021**.  Any motions addressing disputes related to initial disclosures shall be filed no later than thirty (30) days following the date the disclosures were due.  The 30-day deadline will not be extended without a prior Court order; counsel cannot unilaterally extend the deadline.  For example, ongoing meet-and-confer efforts or supplemental disclosures do not extend the deadline.  **A failure to comply may bar the party from filing a corresponding motion.**

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated:  July 29, 2021

_____
Hon. Ruben B. Brooks
United States Magistrate Judge

cc:  Judge Marilyn L. Huff
All Parties of Record

2

21cv878-H(RBB)