UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, et al.,<br><br>Defendants. | Case No.: 21cv878-H(RBB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE FACT AND EXPERT DISCOVERY CUT-OFF AND MANDATORY SETTLEMENT CONFERENCE [ECF NO. 20]** |

On January 7, 2022, the parties filed a Joint Motion to Continue Fact and Expert Discovery Cut-Off and Mandatory Settlement Conference, in which they seek to continue the fact discovery cut-off, expert discovery deadlines, the pretrial motion filing deadline, and the Mandatory Settlement Conference [ECF No. 20].  Upon good cause shown, the joint motion is **GRANTED IN PART**.  The revised schedule for the case is set forth below:

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Settlement Conference | January 19, 2022, at 8:30 a.m. | March 16, 2022, at 8:30 a.m. |

21cv878-H(RBB)

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Settlement Conference Briefs (joint or separate) | January 12, 2022 | March 9, 2022 |
| Join Parties, Amend Pleadings, or File Additional Pleadings | October 1, 2021 | No change |
| Fact Discovery Cut-off | January 28, 2022 | March 31, 2022 |
| Deadline to serve Written Discovery | November 26, 2021 | No change |
| Expert Designations | February 25, 2022 | April 1, 2022 |
| Rebuttal Expert Designations | March 11, 2022 | April 15, 2022 |
| Rule 26(a)(2)(A) and (B) Disclosures | April 8, 2022 | May 13, 2022 |
| Rule 26(a)(2)(D) Disclosures | April 22, 2022 | May 27, 2022 |
| Expert Discovery Cutoff | May 20, 2022 | June 20, 2022 |
| Pretrial Motion Filing Deadline | June 20, 2022 | No change |
| Memoranda of Contentions of Fact and Law | August 29, 2022 | No change |
| Pretrial Disclosures | August 29, 2022 | No change |
| Local Rule 16.1(f)(4) Stipulations and Agreements | September 6, 2022 | No change |

21cv878-H(RBB)

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Plaintiff's Counsel to provide Proposed Pretrial Order | September 12, 2022 | No change |
| Final Pretrial Order and Rule 26(a)(e) Pretrial Disclosures | September 19, 2022 | No change |
| Final Pretrial Conference | September 26, 2022, at 10:30 a.m. | No change |

All other guidelines, deadlines, and requirements remain as previously set. (See Scheduling Order, July 29, 2021, ECF No. 12.)

**IT IS SO ORDERED**.

Dated:  January 11, 2022

_____

Hon. Ruben B. Brooks
United States Magistrate Judge

3

21cv878-H(RBB)