UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS,<br><br>                              Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, et al.,<br><br>                              Defendants. | Case No.: 21cv878-H(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FACT DISCOVERY,  EXPERT DISCOVERY, MANDATORY SETTLEMENT CONFERENCE, MOTION FILING CUT-OFF, AND RELATED DEADLINES [ECF NO. 22]** |

On February 23, 2022, the parties filed a Joint Motion to Continue Fact Discovery, Expert Discovery, Mandatory Settlement Conference, Motion Filing Cut-off, and Related Deadlines [ECF No. 22].  Upon good cause shown, and after conferring with the chambers of the district judge, the joint motion is **GRANTED**.  The revised schedule for the case is set forth below:

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Settlement Conference | March 16, 2022, at 8:30 a.m. | April 27, 2022, at 8:30 a.m. |

1

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Settlement Conference Briefs (joint or separate) | March 9, 2022 | April 20, 2022 |
| Join Parties, Amend Pleadings, or File Additional Pleadings | October 1, 2021 | No change |
| Fact Discovery Cut-off | March 31, 2022 | May 12, 2022 |
| Deadline to serve Written Discovery | November 26, 2021 | No change |
| Expert Designations | April 1, 2022 | May 13, 2022 |
| Rebuttal Expert Designations | April 15, 2022 | May 27, 2022 |
| Rule 26(a)(2)(A) and (B) Disclosures | May 13, 2022 | June 24, 2022 |
| Rule 26(a)(2)(D) Disclosures | May 27, 2022 | July 8, 2022 |
| Expert Discovery Cutoff | June 20, 2022 | August 1, 2022 |
| Pretrial Motion Filing Deadline | June 20, 2022 | August 1, 2022 |
| Memoranda of Contentions of Fact and Law | August 29, 2022 | October 7, 2022 |
| Pretrial Disclosures | August 29, 2022 | October 7, 2022 |
| Local Rule 16.1(f)(4) Stipulations and Agreements | September 6, 2022 | October 17, 2022 |

21cv878-H(RBB)

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Plaintiff's Counsel to provide Proposed Pretrial Order | September 12, 2022 | October 24, 2022 |
| Final Pretrial Order and Rule 26(a)(e) Pretrial Disclosures | September 19, 2022 | October 31, 2022 |
| Final Pretrial Conference | September 26, 2022, at 10:30 a.m. | November 7, 2022, at 10:30 a.m. |

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  March 3, 2022

_____

Hon. Ruben B. Brooks
United States Magistrate Judge

21cv878-H(RBB)