

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JOHN EDWARDS, an individual

Plaintiff,

vs.

CORECIVIC OF TENNESSEE, LLC, a Tennessee limited liability company doing business in state of California; CORECIVIC, LLC, a Delaware limited liability company doing business in the state of California; CORECIVIC, INC., a Maryland corporation doing business in the state of California; and DOES 1 through 20, inclusive,

Defendants.

Case No. 3:21-cv-00878-H-RBB

**ORDER GRANTING JOINT MOTION FOR LIMITED REOPENING OF DEPOSITION DISCOVERY [ECF NO. 38]**

Judge:   Hon. Marilyn L. Huff
Ctrm.:   15A (15th Flr)

Mag. Judge:   Hon. Ruben B. Brooks
Chambers Rm:   Suite 5195

Action Filed:   May 6, 2021
Trial Date:   None

Having read the parties' Joint Motion for Limited Reopening of Deposition Discovery [ECF No. 38] and good cause appearing therefor, the Court hereby GRANTS the parties' joint motion and orders as follows:

1.   Plaintiff may reopen the depositions of Sherrie Lashlee, Steven Scott, Bessy Glaske, Denise Reed, and Andrea Cooper for the limited purpose of questioning each individual about emails that were produced by Defendant on June 18, 2022, and June 22, 2022, including new lines of inquiry resulting from testimony elicited in response to examination about the newly produced emails, but not

1.

including any inquiry or subject which has previously been covered in each individual's deposition.

2.      The depositions will be completed no later than August 17, 2022.

3.      All other deadlines remain unchanged.

IT IS SO ORDERED on this 11th day of July, 2022.

_____
Hon. Ruben B. Brooks
U.S. Magistrate Judge

2.