# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS,<br><br>                                   Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC;<br>CORECIVIC, LLC; and CORECIVIC,<br>INC.,<br><br>                                   Defendants. | Case No.:  3:21-cv-00878-H-RBB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING DATE AND SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Doc. No. 43.] |

On August 1, 2022, Defendants filed a motion for partial summary judgment. (Doc. No. 40.) A hearing on Defendants' motion is currently scheduled for November 7, 2022 at 10:30 a.m. On September 7, 2022, the parties filed a joint motion to continue the hearing date on Defendants' motion for partial summary judgment and to set a briefing schedule for Defendants' motion. (Doc. No. 43.)

For good cause shown, the Court grants the joint motion. The Court continues the hearing on Defendants' motion for partial summary judgment to **Monday, December 12,**

3:21-cv-00878-H-RBB

**2022 at 10:30 a.m.** Plaintiff's opposition to Defendants' motion is due on or before **November 10, 2022**. Defendants' reply is due on or before **November 28, 2022**.

**IT IS SO ORDERED.**

DATED: September 9, 2022

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT