# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JOHN EDWARDS,

Plaintiff,

v.

CORECIVIC OF TENNESSEE, LLC; CORECIVIC, LLC; and CORECIVIC, INC.,

Defendants.

Case No.:  3:21-cv-00878-H-RBB

**ORDER:**

**(1) VACATING DATES AND DEADLINES IN LIGHT OF SETTLEMENT; AND**

**(2) DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE AS MOOT**

[Doc. Nos. 40, 45.]

On October 6, 2022, the parties filed a joint notice of settlement stating that they had entered into a settlement agreement and requesting the Court to vacate all pretrial deadlines, the final pretrial status conference, and the further settlement conference. (Doc. No. 45.) The notice of settlement states that the parties anticipate filing a motion to dismiss upon the parties' execution of a formal settlement agreement, which should be within the next forty-five days. (Id.)

1

3:21-cv-00878-H-RBB

In light of this settlement, the Court vacates all pending dates and deadlines in the action, including the October 19, 2022 further settlement conference, the November 7, 2022 pretrial conference, and the December 12, 2022 hearing date. In addition, the Court denies Defendants' motion for partial summary judgment without prejudice as moot. The Court orders the Magistrate Judge to schedule a settlement disposition conference.

**IT IS SO ORDERED.**

DATED: October 11, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT