# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS,<br><br>                Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC; CORECIVIC, LLC; and CORECIVIC, INC., and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.: 3:21-cv-00878-H-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 49.] |

On October 6, 2022, the parties filed a joint notice of settlement. (Doc. No. 45.) On December 5, 2022, the parties jointly moved to dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. No. 49.)

For good cause shown, the Court grants the joint motion to dismiss the action with prejudice. Each party shall bear its own costs. The Court directs the Clerk to close this case.

**IT IS SO ORDERED.**

DATED: December 6, 2022

                                              _____
                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT